**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LARRY MILDER and
LISA MILDER,
Plaintiff

CA 08 310S

Vs. C.A. No.:

FARM FAMILY CASUALTY
INSURANCE COMPANY
Defendant

(Kent County Superior Court
C.A. NO.: 08-994
prior to this removal)

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that defendant hereby removes the above-captioned action to the United States Court for the District of Rhode Island and respectfully states as follows:

1. This action is removable pursuant to 28 U.S.C. §§1332 and 1441(a) and (b) and Local Civil Rule 81 because this Court has diversity jurisdiction.

2. On or about July 28, 2008, plaintiff filed a Complaint commencing this action in Rhode Island Superior Court (Kent County). (*See* Larry Milder and Lisa Milder v. Farm Family Casualty Insurance Company, C.A. No.: 08-994).

3. This action has been brought by Larry Milder and Lisa Milder, residents of the City of Warwick, County of Kent, State of Rhode Island (Complaint at pg. 1).

4. Defendant, Farm Family Casualty Insurance Company is a New York corporation with its principal place of business in Albany, New York and service offices in Franklin, Massachusetts. Defendant has no office within the State of Rhode Island.

5. Plaintiff served the Complaint and Summons upon Attorney Anthony J. Gianfrancesco, who accepted service as an agent of Farm Family with effective date of service of August 4, 2008 (Stipulation).

6. Pursuant to 28 U.S.C.§1446(a), Defendant attaches as Exhibit "A" copies of all process and pleadings on file in the Rhode Island Superior Court (Kent County).

7. The Complaint states a claim for property damage benefits under a homeowners insurance policy issued by Defendant. Although not stated in the Complaint, the amount sought under the policy is in excess of $75,000.00.

8. The amount in controversy exceeds $75,000.00, exclusive of interest and costs.

9. This Notice of Removal is timely filed pursuant to 28 U.S.C. §1446(b)

10. Written notice of the filing of this Notice of Removal will promptly be given to Plaintiff and will be filed with the Clerk of the Rhode Island Superior Court, (Kent County), as provided by 28 U.S.C. §1446(d).

11. Defendant expressly reserves any and all defenses that may be available to it in this action.

Defendant,
By His Attorney

______________________________

Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

# CERTIFICATION

I hereby certify that a copy has been sent to W. Mark Russo, Esq., 55 Pine Street, Providence, Rhode Island 02903 on this 18th day of August, 2008.