STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0994 LARRY MILDER V FARM FAMILY CASUALTY INSURANCE CO

Filing Date: 07-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: DECLARATORY JUDGMENT
Status Date: 08-18-2008

| | |
|---|---|
| Plaintiff: LARRY MILDER<br>ID: @11042918 | Attorney: WILLIAM RUSSO<br>Attorney: MOSHE BERMAN |
| Plaintiff: LISA MILDER<br>ID: @11042919 | Attorney: WILLIAM RUSSO<br>Attorney: MOSHE BERMAN |
| Defendant: FARM FAMILY CASUALTY INSURANCE COMF<br>ID: @11042921 | Attorney: ANTHONY GIANFRANCESCO |

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 07-23-2008 | COMPLAINT FILED | |
| 07-23-2008 | INITIAL FILING FEE | |
| 07-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK62483. |
| 08-06-2008 | ENTRY OF APPEARANCE | Affiliated: FARM FAMILY CASUALTY INSURANCE COMPANY |
| 08-18-2008 | NOTICE OF REMOVAL | |
| 08-18-2008 | CASE REMVD TO US DISTRICT CT | Case # CA 08 310S |
| 08-18-2008 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

[signature]

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT