**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

LARRY MILDER and
LISA MILDER,
Plaintiff

Vs. C.A. No.: 08-310S

FARM FAMILY CASUALTY
INSURANCE COMPANY

**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

Now comes the defendant, Farm Family Casualty Insurance Company and for its Answer to plaintiffs' Complaint admits the allegations contained in paragraphs 1, 2, 3, 7, 9, 15, 17, 20, 21, 23, 24, 25, 27, 29 of said Complaint. Is without sufficient information to affirm or deny the allegations contained in paragraphs 4, 5, 6, 14, 18, 19, 22, 26 and 28 and leave plaintiffs to their proof. Defendant denies the allegations contained in paragraphs 8, 10, 11, 12, 13, 16, 30, 31, 32, 33, 34, 35 and 36.

As to Count I, defendants hereby reallege and incorporate by reference paragraphs 1 through 36 of its Answer as if fully rewritten herein and admit the allegations contained in paragraphs 38 and 39 of Count I.

As to Count II, defendants hereby reallege and incorporate by reference paragraphs 1 through 39 of its Answer as if fully rewritten herein and admit the allegations contained in paragraphs 41 of Count II and deny the allegations contained in paragraphs 42, 43 and 44 of Count II.

As to Count III, defendants hereby reallege and incorporate by reference paragraphs 1 through 44 of its Answer as if fully rewritten herein and admits the allegations contained in

paragraphs 46 and 47 of Count III and deny the allegations contained in paragraphs 48, 49, 50 and 51 of Count III.

WHEREFORE, defendant demands judgment against plaintiffs and other relief as this Court deems appropriate.

Defendant,
By His Attorney

/s/Anthony J. Gianfranceso
Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiffs claim is barred by their failure to comply with all the terms and conditions of the policy of insurance issued by Farm Family Insurance Company and referenced in plaintiffs' Complaint.

Defendant,
By His Attorney

/s/Anthony J. Gianfrancesco
Anthony J. Gianfrancesco, Esq. (#2762)
Baluch, Gianfrancesco, Mathieu & Alger
155 South Main Street
Suite 101
Providence, Rhode Island 02903
(401) 331-1434
Fax: (401) 351-9653

**CERTIFICATION**

I hereby certify that a copy has been sent to W. Mark Russo, Esq., 55 Pine Street, Providence, Rhode Island 02903 on this _20th_ day of August, 2008.

/s/Anthony J. Gianfrancesco______________